UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x
HORACE DANIELS, ANNIE FRINK-
DANIELS, THEODORE MICKLASAVAGE,
and BARBARA MICKLASAVAGE,

    CASE NO. 1:09-cv-01882-SJ-VVP

*Plaintiffs*,

-v-

SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE,
GLAXOSMITHKLINE CONSUMER
HEALTHCARE L.L.C.,
GLAXOSMITHKLINE CONSUMER
HEALTHCARE L.P., and BLOCK DRUG
COMPANY INC.,

**ORDER GRANTING UNOPPOSED
MOTION TO STAY PROCEEDINGS
AND ADJOURN DEFENDANTS' TIME
TO ANSWER, MOVE, OR OTHERWISE
RESPOND**

*Defendants*.

------------------------------------x

Upon the unopposed motion of Defendants SmithKline Beecham Corporation d/b/a GlaxoSmithKline, GlaxoSmithKline Consumer Healthcare, L.P., GlaxoSmithKline Consumer Healthcare, L.L.C., and Block Drug Company, Inc., to stay these proceedings and to adjourn Defendants' time to answer, move, or otherwise respond,

IT IS ORDERED that the Unopposed Motion is GRANTED. The above-captioned matter is STAYED pending transfer to the Southern District of Florida, and Defendants' time to answer, move, or otherwise respond is adjourned pending order of the transferee court.

_____
United States District Judge

Dated: New York, New York
      June 30, 2009

85108476.1

- 1 -